# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ISIAH CRAYTON, III

VERSUS

STATE OF LOUISIANA

NO.  2019 CW 0692

**SEP 1 7 2019**

---

In Re:   Isiah Crayton, III, applying for supervisory writs, 20th Judicial District Court, Parish of West Feliciana, No. 1845.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND CRAIN, JJ.**

**WRIT DENIED.** The trial court lacked subject matter jurisdiction. Relator's allegations do not support a claim for habeas relief. See La. Code Crim. P. art. 362. Rather, relator's claims are in the nature of a request for post-conviction relief, which must be filed in the parish of conviction. See La. Code Crim. P. art. 925.

**VGW**
**JMG**

**Crain, J.,** concurs.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT